IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Washington, D.C.

**BID PROTEST**

| | |
|---|---|
| SNAP INC. | CFC No. 20-1318 C |
| Plaintiff, | |
| v. | Judge _____ |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff SNAP Inc. ("SNAP"), through undersigned counsel, respectfully requests that the Court file the SNAP Complaint under seal. SNAP's Complaint contains SNAP confidential and proprietary information, the release of which would cause substantial and irreparable harm to SNAP.

Pursuant to the Court's rules, SNAP is simultaneously filing a redacted copy of the Complaint that is suitable for public release. We respectfully request that the redacted version of the Complaint not be released outside the Court or the government until approved for public release by counsel for the U.S. Department of Justice.

Filing under seal is necessary to ensure continued protection of sensitive data protected by the Federal Acquisition Regulation and as permitted by this Court's rules.

Respectfully submitted,

Date: October 5, 2020

By: /s/ Alexander J. Brittin
Alexander J. Brittin (alex@brittin.com)
BRITTIN LAW GROUP, P.L.L.C.
8000 Towers Crescent Drive, Suite 900
McLean, Virginia 22182

1

Tel: (703) 610-4895<br>
Fax: (703) 610-4896<br>
*Counsel of Record for SNAP, Inc.*

*Of Counsel*
Mary Pat Buckenmeyer (mbuckenmeyer@dbllawyers.com)
DUNLAP BENNETT & LUDWIG PLLC

## **CERTIFICATE OF SERVICE**

I certify that I have caused a true and accurate copy of SNAP Inc.'s Motion for Leave to File Under Seal to be delivered by the delivery method indicated below on the 5th day of October 2020 to the following:

United States Department of Justice (*via electronic mail*)
Commercial Litigation Branch
1100 L Street, NW, 8th Floor
Washington, DC 20530
Tel: (202) 616-0475; Fax: (202) 305-7644
Email: nationalcourts.bidprotest@usdoj.gov

Alberto Gomez, Contracting Officer (*via electronic mail*)
Clevester Hines, Contracting Specialist (*via electronic mail*)
U.S. General Services Administration,
Federal Acquisition Service
Pacific Rim Region (R9)
450 Golden Gate Avenue
San Francisco, CA 94102
Tel.: (415) 522-4009
Tel.: (415) 522-3296
Email:  alberto.gomez@gsa.gov
Email: clevester.hines@gsa.gov

                                                         /s/ Alexander J. Brittin
                                                         Alexander J. Brittin